Herman A. Lange, appellee, v. City of Chicago Heights, appellant. Gen. No. 35,942.

Opinion filed October 4, 1932.

Howard P. Roe, Corporation Counsel, for appellant; Chris D. Gregory, City Attorney, of counsel. C. Helmer Johnson, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Harper Moulton, appellee, v. National Builders' Agency, Inc., appellant. Gen. No. 35,948.

Opinion filed October 4, 1932.

John A. Pakenham, for appellant; Clyde C. Fisher, of counsel. Ehrhardt, Russell, Murphy & Quigley, for appellee; John A. Russell and Herbert Bebb, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Irene Patterson, appellant, v. The Peoples Trust & Savings Bank of Chicago, appellee. Gen. No. 35,954.

Opinion filed October 4, 1932.

Michael L. Carmody, for appellant. Cooke, Sullivan & Ricks, for appellee; Edward H. Fiedler and George J. O'Grady, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Union Bank of Chicago, administrator of the estate of Curtis Wall, deceased, defendant in error, v. City of Chicago, plaintiff in error. Gen. No. 36,013.

Opinion filed October 4, 1932.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for plaintiff in error; Frank H. Novak, Assistant City Attorney, and Carl J. Appell, Assistant Corporation Counsel, of counsel. Charles A. Scott, for defendant in error; Stuart B. Krohn, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.